IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NAYADE I. GARZA, ET AL., | § | |
|     Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL NO. B-17-082 |
| | § | |
| J.P. MORGAN ALTERNATIVE LOAN | § | |
| TRUST, 2007-S1, MORTGAGE PASS | § | |
| THROUGH CERTIFICATES, ET AL., | § | |
|     Defendants. | § | |

# ORDER

Pending is the Magistrate Judge's October 25, 2017, Report and Recommendation in the above-referenced cause of action. [Doc. No. 15] No objections have been lodged by either side and the time for doing so has expired.

Having reviewed the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation is hereby adopted. Therefore, Defendant's Motion for Summary Judgment and Motion for Judgment on the Pleadings [Doc. No. 12] is granted, Plaintiff's Motion to Amend Pleading [Doc. No. 13] is denied. Plaintiff hereby takes nothing in this cause and all claims are dismissed with prejudice.

Signed this 18th day of December, 2017.

Andrew S. Hanen
United States District Judge